AO 91 (Rev 8/01)    Criminal Complaint

United States Courts
Southern District of Texas
FILED

# United States District Court

**SOUTHERN**   · DISTRICT OF   **TEXAS**

January 12, 2019

McALLEN DIVISION

David J. Bradley, Clerk of Court

**UNITED STATES OF AMERICA**

**V.**

## CRIMINAL COMPLAINT

| | | | |
|---|---|---|---|
| **Raymundo Brown** | *Principal* | United States | **Case Number:** |
| YOB: | 1959 | | M-18- 0089 -M |
| **Octavio Favela-Betancourt** | *Co-Principal* | Mexico | |
| YOB: | 1977 | | |

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about ____**January 10, 2019**____ in ____**Hidalgo**____ County, in the ____Southern____ District of ____Texas____ defendants(s) did,
*(Track Statutory Language of Offense)*

**knowing or in reckless disregard of the fact that Sonia Esmeralda Ferman-Alvarez and Sonia Cristela Rosa-Lopez, citizens and nationals of El Salvador, along with one (1) other undocumented alien, for a total of three (3), who had entered the United States in violation of law, concealed, harbored or shielded from detection or attempt to conceal, harbor, or shield from detection such aliens in any place, including any building or means of transportation, to wit: a residence located in McAllen, Texas,**

in violation of Title ____8____ United States Code, Section(s) ____**1324(a)(1)(A)(iii)**____

I further state that I am a(n) **U.S. Senior Border Patrol Agent** and that this complaint is based on the following facts:

On January 9, 2019, Border Patrol Agents received information regarding a suspected stash house.

On January 10, 2019, Border Patrol Agents conducted surveillance on the possible stash house and observed two subjects exit the house and boarded into a Toyota Tundra. After the vehicle departed the house, Agents requested assistance from the Hidalgo County Sherriff's Office. A Deputy responded and subsequently conducted a traffic stop on the Toyota Tundra for failing to stop at a designated point and failing to signal.

**SEE ATTACHED**

*I declare under penalty of perjury that the statements in this complaint are true and correct. Executed on January 12, 2019.*

Continued on the attached sheet and made a part of this complaint:   [X] Yes   [ ] No

*Submitted by reliable electronic means, sworn to and attested to telephonically per Fed. R. Cr. P. 4.1, and probable cause found on:*

/S/ Gerardo Montalvo
Signature of Complainant

Gerardo Montalvo        Senior Patrol Agent
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

January 12, 2019                                              at    McAllen, Texas
Date                                                                          City and State

J Scott Hacker               , U. S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
## McALLEN, TEXAS

### ATTACHMENT TO CRIMINAL COMPLAINT:

### M-18-0089 -M

RE:     **Raymundo Brown**
        **Octavio Favela-Betancourt**

**CONTINUATION:**

The driver was identified as Raymundo Brown, a United States citizen. Agents arrived and identified themselves as Border Patrol Agents and questioned the subjects regarding the suspected stash house. Brown admitted to having knowledge of three (3) illegal aliens being harbored in the house and granted Agents written consent to search the house. Brown provided Agents with the digital key to the front door.

Agents proceeded to the house and after knocking on the door with no answer, Agents entered with the digital key Brown had provided. Upon entry, Agents encountered four (4) subjects who admitted to be illegally present in the United States. All subjects were transported to the Border Patrol Station for processing.

After interviewing the subjects, Agents determined that a male subject that was encountered in the stash house, later identified as Octavio Favela-Betancourt, was an additional caretaker.

**PRINCIPAL STATEMENT:**
Raymundo Brown was read his Miranda Rights. He understood and agreed to provide a sworn statement.

Brown stated he was aware of illegal aliens staying at the house he lives in. Brown also claimed "Cuniado" would move illegal aliens on a daily basis.

Brown identified Favela, through a photo lineup, as the male subject known as "Cuniado".

**CO-PRINCIPAL STATEMENT:**
Octavio Favela-Betancourt was read his Miranda Rights. He understood his rights but refused to provide a sworn statement.

**MATERIAL WITNESS STATEMENTS:**
Sonia Esmeralda Ferman-Alvarez and Sonia Cristela Rosa-Lopez were read their Miranda Rights. Both understood and agreed to provide a sworn statement.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
## McALLEN, TEXAS

### ATTACHMENT TO CRIMINAL COMPLAINT:

M-18- $00\%9$ -M

RE:     **Raymundo Brown**
        **Octavio Favela-Betancourt**

**CONTINUATION:**

Ferman, a citizen of El Salvador, stated she made the smuggling arrangements and was to pay $6,500 USD. She was smuggled on December 13, 2018 along with fourteen other people. After crossing the river, Ferman claimed they were picked up and eventually transported to a house. After a short time at the house, she claimed a male subject known as "El Camaron" picked her up and transported her to another house. Ferman stated an older man instructed her not to make noise or go outside. Ferman claimed the older man would also provide food. Ferman stated another male that would go by the name of "Cuniado" would leave the house along with the older man and would also provide food.

Ferman identified Brown, through a photo lineup, as the older man.

Ferman identified Favela, through a photo lineup, as the male subject called "Cuniado".

Rosa, a citizen of El Salvador stated her brother made the smuggling arrangements and paid $5,250 USD upfront. After crossing the river, Rosa claimed she was picked up and transported to a stash house. Rosa stated that a male subject received her at the house. Rosa claimed the male subject showed her where to sleep and would provide food.

Rosa also stated there was young male subject who was also present at the house. On one occasion, the young male left the house and brought her a bottled water.

Rosa identified Brown, through a photo lineup, as the male subject who received her at the house.

Rosa identified Favela, through a photo lineup, as the young male subject.